O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ZAVALA,<br><br>        Plaintiff,<br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORP, et al.,<br><br>        Defendants. | Case No. 5:12-cv-1334-ODW(SPx)<br><br>**ORDER DISMISSING CASE** |

On August 24, 2012, the Court dismissed Plaintiff's Complaint, but granted leave to amend. (ECF No. 7.) Plaintiff's deadline to file an amended complaint was September 7, 2012. That date has come and gone. To date, Plaintiff has not filed an amended complaint.

On September 26, 2012, Plaintiff filed an ex parte application for a temporary restraining order. (ECF No. 8.) In that application, Plaintiff's counsel notes that it "has never received [the dismissal] ORDER by mail or email." (Appl. ¶ 20.) The Court finds this statement incredible, since this Court's filings are entirely electronic, and notifications are automatically emailed to all attorneys of record in the case. Here, Plaintiff has five attorneys: Donald Y. Lee, Gary Lane, Imran Syed, Miriam Ali, and Spencer Laurence Seyb, II. Four of them have provided the Court their email addresses, which are listed on the docket. The Court finds it highly improbable that

each of Plaintiff's attorneys did not receive the Court's email notifying them of the dismissal order. It is much more likely that Plaintiff's attorneys ignored the Court's email.

Because Plaintiff failed to timely file an amended complaint, this case is **DISMISSED WITH PREJUDICE**. Plaintiff's ex parte application is hereby **DENIED AS MOOT**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

September 27, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**